Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19−19108−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph P Pappalardo
   9 Hemlock Drive
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−0390

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 17, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 26 − 24
Order Granting Application for Extension of Loss Mitigation (Related Doc # 24). Loss Mitigation Period Extended to: 12/16/2019. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/17/2019. (kvr)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 17, 2019
JAN: kvr

                                                                                          Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph P Pappalardo  
    Debtor

Case No. 19-19108-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 18, 2019  
                Form ID: orderntc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.  
db         +Joseph P Pappalardo,    9 Hemlock Drive,    Blackwood, NJ 08012-3126  
aty        +Pluese Beck and Saltzman,    2000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4303  
lm         +Cenlar,    425 Phillips Blvd.,    Trenton, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
          summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Joni L. Gray    on behalf of Debtor Joseph P Pappalardo joni@sjbankruptcylaw.com,  
          jgrayecf@gmail.com;grayjr39848@notify.bestcase.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
         Robert P. Saltzman    on behalf of Creditor    Police and Fireman's Retirement System Board of  
          Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency c/o Cenlar  
          FSB dnj@pbslaw.org  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                     TOTAL: 6