UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Lease Trust

Order Filed on January 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Joseph P. Pappalardo

Debtor.

Case No.: 19-19108 JNP

Adv. No.:

Hearing Date: 1/21/2020 @ 10:00 a.m..

Judge: Jerrold N. Poslusny, Jr.

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 29, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Joseph P. Pappalardo
Case No:  19-19108 JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor,  Toyota Lease Trust, Denise Carlon appearing, upon a motion to vacate the automatic stay as to 2015 Toyota Highlander VIN: VIN - 5TDJKRFH6FS104322, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joni L. Gray, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 7, 2020, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due November 2019 through December 2019 for a total post-petition default of $751.34 (2 @ $375.67); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $751.34 will be paid over five months by Debtor remitting $150.26 per month for four months and $150.30 for one month, which additional payments shall begin on January 21, 2020 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume January 21, 2020, directly to Secured Creditor's servicer, TMCC, P.O. Box 9490, Cedar Rapids, Iowa 52409; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.