| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**JONI L. GRAY, ESQ.**<br>**LAW OFFICES OF ANDREW B. FINBERG, LLC**<br>**Evesham Commons, Suite 200**<br>**525 Route 73 South**<br>**Marlton, NJ 08053**<br>**(856) 988-9055** | Order Filed on December 28, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**JOSEPH PAPPALARDO**<br><br>Debtor | Case No.: 19-19108<br><br>Adv. No.:<br><br>Hearing Date: December 21, 2021<br><br>Judge: JNP |

### ORDER AUTHORIZING DEBTOR TO OBTAIN POST PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**.

**DATED: December 28, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor: Joseph Pappalardo
Case No: 19-19108
Caption of Order: Order Authorizing Debtor to Obtain Post-Petition Financing

**THIS MATTER** having been opened to the Court by the debtor, through his counsel, Joni L. Gray, Esquire and the Court having considered the moving papers and all arguments of counsel and for good cause shown, it is hereby **ORDERED** that:

1) The debtor's Motion for Authority to Obtain Post-Petition Financing is hereby granted.

2) The balance due on the debtor's Chapter 13 plan will be paid to the Chapter 13 Trustee in the debtor's case to pay 100% to unsecured creditors who filed timely claims.

3) A written payoff statement must be obtained from Cenlar FSB prior to closing, and said pay off statement shall not have expired at the time of closing.

4) The secured claim of Cenlar FSB shall be satisfied in full at closing, and the funds from the sale shall be remitted to Cenlar FSB within 48 hours of the close of escrow.

5) Cenlar FSB will not release their lien until such time as the total amount due is fully satisfied.