**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**JONI L. GRAY, ESQ.**
**LAW OFFICES OF ANDREW B. FINBERG, LLC**
**Evesham Commons, Suite 200**
**525 Route 73 South**
**Marlton, NJ 08053**
**(856) 988-9055**

Order Filed on December 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPH PAPPALARDO

Debtor

Case No.: 19-19108

Adv. No.:

Hearing Date: December 21, 2021

Judge: JNP

## ORDER AUTHORIZING DEBTOR TO OBTAIN POST PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**.

**DATED: December 28, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor: Joseph Pappalardo
Case No: 19-19108
Caption of Order: Order Authorizing Debtor to Obtain Post-Petition Financing

**THIS MATTER** having been opened to the Court by the debtor, through his counsel, Joni L. Gray, Esquire and the Court having considered the moving papers and all arguments of counsel and for good cause shown, it is hereby **ORDERED** that:

1) The debtor's Motion for Authority to Obtain Post-Petition Financing is hereby granted.

2) The balance due on the debtor's Chapter 13 plan will be paid to the Chapter 13 Trustee in the debtor's case to pay 100% to unsecured creditors who filed timely claims.

3) A written payoff statement must be obtained from Cenlar FSB prior to closing, and said pay off statement shall not have expired at the time of closing.

4) The secured claim of Cenlar FSB shall be satisfied in full at closing, and the funds from the sale shall be remitted to Cenlar FSB within 48 hours of the close of escrow.

5) Cenlar FSB will not release their lien until such time as the total amount due is fully satisfied.

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph P Pappalardo  
    Debtor

Case No. 19-19108-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Dec 28, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph P Pappalardo, 9 Hemlock Drive, Blackwood, NJ 08012-3126 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Joseph P Pappalardo andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joni L. Gray | on behalf of Debtor Joseph P Pappalardo joni@sjbankruptcylaw.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Rebecca Ann Solarz
    on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com ksweeney@lavin-law.com

Robert P. Saltzman
    on behalf of Creditor Police and Fireman's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency c/o Cenlar FSB dnj@pbslaw.org

Stuart H. West
    on behalf of Creditor Police and Fireman's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency c/o Cenlar FSB swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11